# EXHIBIT 1



REPÚBLICA DE PANAMÁ / REPUBLIC OF PANAMA
AUTORIDAD MARITIMA DE PANAMÁ / PANAMA MARITIME AUTHORITY

REPUBLICA DE PANAMA
TIMBRE NACIONAL
**00**●.

DIRECCION GENERAL DE REGISTRO PUBLICO
DE PROPIEDAD DE NAVES
AUTORIDAD MARITIMA DE PANAMA

PAG.    1
// ELVA3    //

04/Jun/2019                    C E R T I F I C A

- QUE EN LA FICHA:    40278 DOC.    1931625
DE LA SECCION DE NAVES  SE ENCUENTRA REGISTRADA LA NAVE
SEA HORIZON
DESDE EL DIECIOCHO DE ENERO DE DOS MIL DIECISEIS

- QUE SU S PROPIETARIOS ES/SON:
( 1 ) WAG SPV I, LLC

- QUE PESA SOBRE ELLA UNA PRIMERA HIPOTECA DEFINITIVO A FAVOR DE
HARK CAPITAL I, LP

- POR LA SUMA DE    10,269,959.72
DIEZ MILLONES DOSCIENTOS SESENTA Y NUEVE MIL
NOVECIENTOS CINCUENTA Y NUEVE CON SETENTA Y DOS CENTESIMOS
MONEDA: DOLARES AMERICANOS
INSCRITA EN EL DOC.    1946606 CON FECHA 13-11-2018

- QUE SU INSCRIPCION ESTA VIGENTE A LA FECHA DE EXPEDICION

QUE SU PROPIETARIO ACTUAL, CONSTA INSCRITO DEL DOCUMENTO
1936482, DESDE EL 15 DE DICIEMBRE DE 6.

EXPEDIDO Y FIRMADO EN LA PROVINCIA DE PANAMA, CUATRO DE JUNIO
DE DOS MIL DIECINUEVE A LAS 03:13:13 PM

NOTA:  ESTA CERTIFICACION PAGO DERECHO
POR UN VALOR DE B/.    30.00
COMPROBANTE NO. 18 - 398139
NO. CERTIFICADO: NAVES  003428
FECHA: Martes 04, Junio DE 2019

CERTIFICADOR

// ELVA3    //

REPÚBLICA DE PANAMÁ

## APOSTILLE

(Convention de la Haye du 5 octobre 1961)

1. En Panamá el presente documento público
2. ha sido firmado por   Angel Santos Rodríguez Pino
3. quien actúa en calidad de   Jefe de Gravámenes
4. lleva el sello/timbre de   Autoridad Marítima de Panamá - Dirección General de Registro Público de Títulos y Gravámenes de Naves

Certificado

cación y Legalización

8. Número   2019-191861-385703
9. Sello / Timbre          10. Firma del funcionario

Maryorie Ruiz
CERTIFICADOR

TRANSLATION.-

REPUBLIC OF PANAMA
PANAMA MARITIME AUTHORITY

GENERAL DIRECTORATE OF THE PUBLIC REGISTRY
TITLES AND ENCUMBRANCES OF VESSELS
PANAMA MARITIME AUTHORITY

PAGE      1
// ELVA3 //

JUNE/4TH/2019                    C E R T I F I E S


- THAT AT MICROJACKET:   40278   DOCUMENT        1931625
OF THE VESSELS SECTION IS RECORDED THE VESSEL
   - SEA HORIZON
AS OF EIGHTEEN OF JANUARY TWO THOUSAND SIXTEEN,


- THAT ITS OWNER(S) IS/ARE:
( 1 )  WAG SPV I, LLC

- THAT ON SAID VESSEL THERE IS A DEFINITIVE FIRST MORTGAGE IN
FAVOUR OF HARK CAPITAL I, LP

- FOR AN AMOUNT OF  10,269.959.72
TEN MILLION TWO HUNDRED SIXTY NINE THOUSAND
NINE HUNDRED FIFTY NINE WITH SEVENTY TWO CENTS
CURRENCY: AMERICAN DOLLARS
RECORDED AT DOCUMENT   1946606      DATED 11-13-2018

- THAT ITS RECORDING IS IN FORCE AS OF ISSUANCE DATE

THAT SUCH CURRENT OWNER IS DEFINITIVELY RECORDED UNDER DOCUMENT
1936482 SINCE DECEMBER 15TH 2016.-------------------------------


ISSUED AND SIGNED IN THE PROVINCE OF PANAMA, ON JUNE FOUR, TWO
THOUSAND NINETEEN AT 05:34:11, P.M.


NOTE: THIS CERTIFICATE HAS PAID DUTIES
      FOR AN AMOUNT OF B/.   30.00
      VOUCHER NO.  18 -      393139
      CERTIFICATE NO.: VESSELS - 002428
      DATE: Thursday, June 4th 2019
      //    ELVA3    //

                              (Signed   by: ILLEGIBLE)
                                    CERTIFIER

(SEAL: "REPUBLIC OF PANAMA * DIRECTORATE GENERAL OF PUBLIC
REGISTRY OF VESSELS - PANAMA MARITIME AUTHORITY *")


                    0009655

```
1 1 9     REPUBLICA de PANAMA
4 1 8 9    ★ TIMBRE NACIONAL ★
5 8 6 1
          ≋006.00
06 06 19   P.B. 1 1 1 0
```

REPUBLIC OF PANAMA

APOSTILLE

(Convention de La Haye du 5 octobre 1961)

1. In Panama, this public document

2. has been signed by **Angel Santos Rodriguez Pino**

3. acting in the capacity of Head of Liens

4. bears the seal/stamp of **Panama Maritime Authority –
General Directorate of the Public Registry of Tiles and
Encumbrances of Vessels**

Certified

5.- in **Ministry of Foreign Affairs**

6.- At the day June 5th 2019

7.- by **Department of Legalizations and Authentications**

8.- Number **2019-191861-385703**

9.- Seal/Stamp          10.- Signature of the Official


(Signed by: Illegible)

**Maryorie Ruiz**

**CERTIFIER**

Affixed two (2) seals: "REPUBLIC OF PANAMA –, Legalizations --
- DL-A Ministry of Foreign Affairs.

N° 365981


*****************************************************************


THIS IS A TRUE TRANSLATION OF ITS ORIGINAL IN SPANISH.
MARIBEL ENEIDA QUIÑONES REAL - CERTIFIED PUBLIC TRANSLATOR /
RESOLUTION No. TP-2-SEPT-1998
PANAMA, JUNE 5TH 2019.

Maribel Quiñones Real
Public Interpretor - Translator
Spanish - English
Res. No. TP-2-Sept. 1998

J9e086-386125

REPÚBLICA DE PANAMÁ

APOSTILLE
(Convention de la Haye du 5 octobre 1961)

1. En Panamá el presente documento público



2. Ha sido firmado por ................
3. quien actúa en calidad de    Traductora Pública Autorizada
4. lleva el sello/timbre de    República de Panamá

**Nº 367858**

Certificado

5. en   Ministerio de Relaciones Exteriores
6. el día   6 de junio de 2019
7. por    Departamento de Autenticación y Legalización
8. Número    2019-192086-386125
9. Sello / Timbre          10. Firma del funcionario

Gretel Kabeth Bonilla
CERTIFICADOR