# EXHIBIT 2

IN THE SUPERIOR COURT OF JUDICATURE
IN THE HIGH COURT OF JUSTICE
COMMERCIAL COURT DIVISION
ACCRA AD – 2018

BETWEEN

FORTUNE GLOBAL SHIPPING
AND LOGISTICS LIMITED        ----        PLAINTIFF/APPLICANT
*15, Fatai Irawo Street,*
*Ajao Estate, Lagos State,*
*Nigeria.*

SUIT NO.
CM/RPC/0641/208

AND

1. THE VESSEL DLB SEA HORIZON
2. THE MASTER OF THE VESSEL DLB SEA HORIZON
3. THE OWNERS OF THE VESSEL DLB SEA HORIZON
4. CONSOLIDATED SHIPPING AGENCIES [CONSHIP] [AGENTS]
   *Plot Nos. 21/22 Commercial Warehouse Area*
   *P. O. Box CT 2491,*
   *Accra – Ghana.*
5. RANGER SUBSEA NIGERIA LTD
   *D93 Landbridge Avenue*
   *Oniru Estate, Victoria Island,*
   *Lagos State, Nigeria.*
6. SUNTX CAPITAL
   *Two Lincoln Centre Suite 1000,*
   *5420 LBJ Freeway,*
   *Dallas Texas 7520, USA.*
7. RANGER OFFSHORE USA INC
   *10370 Richmond Avenue,*
   *Suite 1000, Houston Texas 77042, UAS.*
8. RANGER INTERNATIONAL LTD
   *10370 Richmond Avenue,*
   *Suite 1000, Houston Texas 77042, UAS.*
9. TECHNIXS OILFIELD SUPPORT LTD
   *Technixs Base Beside NBTC,*
   *Ovwian Off Warri Aladja Expressway,*
   *Ovwian Warri, Delta State, Nigeria.*
10. WAG SPV 1
    *5420 LBJ Freeway 1000,*
    *Dallas Texas, USA.*

DEFENDANT/RESPONDENTS

Page 1 of 3

IN THE MATTER OF THE ARREST AND DETENTION OF THE VESSEL DLB SEA HORIZON WITH IMO NUMBER 8759114

IN THE MATTER OF AN APPLICATION EX-PARTE BROUGHT PURSUANT TO ORDER 62 RULE 2 OF THE HIGH COURT [CIVIL PRICEDURE] RULES, 2004 [CI47] AND SECTIONS 442 AND 446 OF THE SHIPPING ACT, 2003 ACT 645

TAKE NOTICE that this Honourable Court shall be moved on ~~Tuul~~ the ~~20~~ day of ~~SEPT~~, 2018 at the hour of 9 O' clock or so soon thereafter as Counsel on behalf of the Plaintiff/Applicant may be heard for:-

1. AN ORDER for the Arrest and Detention of the VESSEL "DLB SEA HORIZON" the 1st Defendant/Respondent herein with IMO number 8759114 and jointly owned by the 4th to 10th Defendant/Respondnets and now currently lying and berthed at the Naval Base, Sekondi/Takoradi within the jurisdiction of this Honourable Court for non-payment by the 4th to 10th Defendant/Respondents to the Plaintiff/Applicant of a total sum of N355,762,702.87 [Three Hundred Fifty Five Million, Seven Hundred Sixty Two Thousand Seven Hundred Two Nigerian Naira and Eighty Seven Kobo only] and USD 1,913,621.81 [One Million, Nine Hundred Thirteen Thousand, Six Hundred Twenty One Dollars and Eighty One Cents] being for the supply goods and services in the nature provisions, pilotage, car hire, chandelling services etc etc for the operations of the 1st Defendant/Respondent which is jointly owned by the 4th to 10th Defendant/Respondents.

2. A CONSEQUENTIAL ORDER directed at the Commander of the Naval Base to help secure and keep in safe custody, all shipping documents in respect of the aforesaid vessel pending provision of a satisfactory security and/or final determination of all matters in controversy between the parties.

And for such further and/or other orders as the court may deem fit to make in the circumstances.

Dated at Alliance Partners, Accra, this __19__ day of September, 2018.



Dr. Kofi Mbiah
License No. **GAR 15128/18**
Plaintiff/Applicant's Solicitor

The Registrar,
High Court,
Commercial Court Division,
Accra.

IN THE SUPERIOR COURT OF JUDICATURE
IN THE HIGH COURT OF JUSTICE
COMMERCIAL COURT DIVISION
ACCRA   AD – 2018

BETWEEN

SUIT NO.

FORTUNE GLOBAL SHIPPING
AND LOGISTICS LIMITED         ----         PLAINTIFF/APPLICANT
*15, Fatai Irawo Street,*
*Ajao Estate, Lagos State,*
*Nigeria.*

AND

1. THE VESSEL DLB SEA HORIZON
2. THE MASTER OF THE VESSEL DLB SEA HORIZON
3. THE OWNERS OF THE VESSEL DLB SEA HORIZON
4. CONSOLIDATED SHIPPING AGENCIES [CONSHIP] [AGENTS]
   *Plot Nos. 21/22 Commercial Warehouse Area*
   *P. O. Box CT 2491,*
   *Accra – Ghana.*
5. RANGER SUBSEA NIGERIA LTD
   *D93 Landbridge Avenue*
   *Oniru Estate, Victoria Island,*
   *Lagos State, Nigeria.*
6. SUNTX CAPITAL
   *Two Lincoln Centre Suite 1000,*
   *5420 LBJ Freeway,*
   *Dallas Texas 7520, USA.*
7. RANGER OFFSHORE USA INC
   *10370 Richmond Avenue,*
   *Suite 1000, Houston Texas 77042, UAS.*
8. RANGER INTERNATIONAL LTD
   *10370 Richmond Avenue,*
   *Suite 1000, Houston Texas 77042, UAS.*
9. TECHNIXS OILFIELD SUPPORT LTD
   *Technixs Base Beside NBTC,*
   *Ovwian Off Warri Aladja Expressway,*
   *Ovwian Warri, Delta State, Nigeria.*
10. WAG SPV 1
    *5420 LBJ Freeway 1000,*
    *Dallas Texas, USA.*

DEFENDANT/RESPONDENTS

IN THE MATTER OF THE ARREST AND DETENTION OF THE VESSEL DLB SEA HORIZON WITH IMO NUMBER 8759114

AFFIDAVIT IN SUPPORT OF APPLICATION FOR THE ARREST OF THE DLB SEA HORIZON WITH IMO NUMBER 8759114

I Elijah Amponsah, a Litigation Clerk with Alliance Partners, located on the 2nd Floor of the Tower Block of the SSNIT Pension House, Accra do hereby make oath and say as follows:-

1. That I have the consent and authority of the Plaintiffs to swear to this affidavit on its behalf.

2. That I am familiar with the facts of this suit.

3. That the Plaintiff is a limited liability company registered under the laws of the Federal Republic of Nigeria and engaged in the business of logistics handling and freight forwarding, ship agents and chandlers with its office at 15 FATAI IRAWO STREET AJAO ESTATE, LAGOS.

4. That at various times and on various occasions the Defendant/Respondents acting as owners, ship managers and particularly as agents of the owners of DLB Sea Horizon, an oil services and pipelay barge, instructed the Plaintiff/Applicant via emails and or letters for the supply of provision, stores, necessaries and to perform such services as pilotage, car hire and other technical services including the provision of sundry chandelling services. Attached herewith and marked **Exhibit EA1** are copies of Invoices and debit Notes of expenses incurred by Fortune Global Shipping and Logistics limited on the instructions of Ranger Subsea Nigeria Limited. 4th Defendant/Respondent herein totaling NGN 355,762,702.87 [Three Hundred Fifty Five Million, Seven Hundred Sixty Two Thousand Seven Hundred Two Nigerian Naira and Eighty Seven Kobo only] and USD 1,913,621.81 [One Million, Nine Hundred Thirteen Thousand, Six Hundred Twenty One and Eight One Cents].

5. That by a letter dated 22nd January, 2018 marked as **Exhibit EA2** addressed to the Managing Director Fortune Global Shipping and Logistics Limited, the Defendant/Respondent confirmed and acknowledged its indebtedness to the Plaintiff/Applicant in the sum of NGN 355,762,702.87 [Three Hundred Fifty Five Million, Seven Hundred Sixty Two Thousand Seven Hundred Two Nigerian Naira and Eighty Seven Kobo only] and USD 1,913,621.81 [One Million, Nine Hundred Thirteen Thousand, Six Hundred Twenty One and Eight One Cents].

6. That the said letter acknowledging the indebtedness to the Plaintiff/Applicant, stated that it was in respect of services performed for Ranger Subsea Nigeria Limited and intended to assure the Plaintiff/Applicant that the receivables are irrevocable and payable as committed.

7. That due to the Defendant/ Respondents failure and or default to pay for the goods and services supplied to them, the Plaintiff sent various demand notices two of which are attached herewith and marked as Exhibit **EA3** dated 19th December 2017 and 11th July 2018

8. That in terms of the practice and procedure of Admiralty, the Plaintiff/Applicant herein is entitled to arrest the vessel DLB Sea Horizon which is within the jurisdiction of this Honourable Court as security for its claim.

9. That I am aware that upon an order for the arrest and detention of the vessel, the 5th, 6th 7th, 8th, 9th and 10th Defendants being Master, Manager and Owners and Agents respectively of the vessel DLB Sea Horizon and their assigns or representatives who reside outside the jurisdiction of this court will enter appearance or post a satisfactory First Class Guarantee or obtain a letter of undertaking from an International Group Protection and Indemnity Club or make payment into an escrow account held by London Lawyers to secure release of the vessel.

10. That this application is to ensure the posting of security in favour of the Plaintiff/Applicant.

11. That if the order for the arrest and detention is not granted the vessel will sail away and out of the jurisdiction of the honourable court and the Plaintiff/Applicant would suffer immeasurable and irreparable loss.

12. That the Plaintiff/Applicant hereby gives an undertaking as to damages in favour of the Defendant/Respondents to indemnity them for any loss/damage to be suffered if at the end it turns out that this application is frivolous incompetent and ought not to have been brought in the first place.

13. That the interests of justice would be unreservedly served if this application is granted in favour of the Plaintiff/Applicant.

14. That I swear to this affidavit in good faith.

_____
DEPONENT

Sworn to at Accra, this 19th day of Sept, 2018

BEFORE ME

SAMUEL KPAKPO ADDO
COMMISSIONER FOR OATHS
MAMPROBI-ACCRA
1277780004/0248353014



**Fortune Global**
RC: 062247
16 PATAJIRAWO STREET
AJAO ESTATE, LAGOS
Website: www.fglobalshipping.com

NO: FGS/RANGLA/00082
DATE: 18/11/2015
P.O. NO. 50119-8

# INVOICE

**Bill to:**
Name: Ranger Subsea Nigeria Limited
Address: D93 Landbridge Avenue
Oniru Estate
City: Victoria Island Lagos Nigeria

**Deliver to:**
Name: Ranger Subsea Nigeria Limited
Address: D93 Landbridge Avenue
Oniru Estate
City: Victoria Island Lagos Nigeria

Vessel/Flight:
Description:
Weight:
Measurement:
FOB:
File Date:
B/L AWB No:
CIF Value:

SUBJ: CLEARANCE ON PO NO. 50119-8

| S/No | Description | QTY | UNITS | UNITS COST | AMOUNT ($) |
|---|---|---|---|---|---|
| | To Cover Clearance IN/OUT ($2,000) FGS Agency Fees ($2,000) Local Pilot charges ($1,000) for Supply Boats and Crew Boats for period 10/01 to 10/31 for Vessel Movements No. 121,122,125,127,128,129,130,131,132,133,134,135,136,137, NP Compulsory Pilotage Cost for MV JASCON 55 Movements of Supply and Crew Boats (G) period 09/21 to 09/25 Vessels MV AZA EBI 1, MV ATLANTIC MAR 1, ZOOM 10 | 14 | Trip | 5,000.00 | 70,000.00 |
| | 23/9/2015 VMF | | | 9,900.69 | 9,900.69 |
| | 9/9/20   VMF 58 | | | 7,584.15 | 7,584.15 |
| | 25/9/2015 VMF 96 & 9 | | | 19,498.84 | |
| | 21/9/2015 VMF | | | 2,982.80 | 2,982.80 |
| | 25/9/2015 VMF 99 & 9 | | | 8,215.45 | 8,215.45 |
| | 22/9/2015 VMF 90 & 9 | | | 9,293.69 | 9,293.69 |
| | 20     015 VMF | | | 2,137.66 | 2,137.66 |
| | 24/9/2015 VMF 94 | | | 1,556.11 | 1,556.11 |
| | 27  /2015 VMF 114 & 115 | | | 6,977.65 | 6,977.65 |
| | 22/9/2015 VMF 116 & 117 | | | 6,194.34 | 6,194.34 |
| | 29/9/2015 VMF 118 & 119 | | | 6,341.93 | 6,341.93 |
| | 20 9/2        04 | | | 7,558.25 | 7,558.25 |
| | FSGL 10% markup | | | 8,884.15 | 8,884.15 |
| | | | | Sub Total | 147,725.72 |
| | | | | VAT 5% | 7,400.00 |
| | | | | Total | |

Amount in Words:

**Payment Details**

EX EA1

**Fortune Global**
RC 662247
35 EATALURAWO STREET
AJAO ESTATE, LAGOS
Website: www.fglobalshipping.com

NO: FGS/RRNGOIL/0163
DATE: 28/06/2016
P.O NO: 70481

## INVOICE

**Bill to:**

Name: Ranger Subsea Nigeria Limited
Address: D93 Landbridge Avenue, Oniru Estate

City: Victoria Island, Lagos

Vessel/Flight:
Description:
Weight:
Measurement:
FOB:
File Date:
B/L AWB No:
OF VALUE:

**CONOIL PROJECT: Material Supply**

| S/N | DESCRIPTION | UNIT | QTY | UNIT COST | AMOUNT (NGN) |
|---|---|---|---|---|---|
| 1 | PLATE, MILD STEEL, A106, 105, 1/2F, 2" FT x 2" THICK | EACH | 1 | 533,250.00 | 533,250.00 |
| 2 | PIPE, CARBON STEEL, SCH 40, SIZE 2" 1/2, 2" FT LENGTH | EACH | 2 | 27,000.00 | 54,000.00 |
| 3 | COUPLING (COLLAR) STEEL, A105N, B16, SIZE 2", NPT, 6000#, A105N, B16 (FEMALE NPT BOTH ENDS) | EACH | 4 | 13,500.00 | 54,000.00 |
| 4 | PLUG, STEEL, HEX HEAD, A105N, B16, SIZE 2", NPT, 6000# | EACH | 5 | 11,000.00 | 55,000.00 |
| 5 | WELD-O-LET, SIZE 6" x 2", MNPT, SCH 40, A105N, B16, S | EACH | 2 | 20,250.00 | 40,500.00 |
| 6 | BALL VALVE, STEEL BODIED, SIZE 2" x 600#, NPT, LEVER TYPE HANDLE (FEMALE NPT BOTH ENDS) | EACH | 6 | 40,000.00 | 240,000.00 |
| 7 | Delivery Cost | Each | 1 | 45,000.00 | 45,000.00 |
| 8 | FGSL 10% Markup | | | | 97,675.00 |
| | | | | VAT ON MARK-UP | 4,883.75 |
| | | | | | NGN 1,124,308.75 |

AMOUNT IN WORDS: One Million, One Hundred Twenty Four Thousand, Three Hundred Eight Naira, Seventy Five Kobo only.



| # | Qty | Unit | Description | Code | |
|---|---|---|---|---|---|
| 20 | 52 | CAN | WELDING ELECTRODES, BRAND: LINCOLN ELECTRIC, FLEETWELD 5P+, E-6010, SIZE: 5/32" x 14", (4 MM x 350 MM), 50 LBS/22.7 KGS PER CAN | 70075 | |
| 21 | 150 | PCS | DISC, CUTTING, SIZE: 180 x 3 x 22 MM (7" x 5/64" x 7/8"), MAX. 80 M/S, 8500 RPM, BRAND: KRONENFLEX, PART No 189002 | 70075 | |
| 22 | 1000 | PCS | DISC, CUTTING, SIZE: 180 x 3 x 22 MM (7" x 1/8" x 7/8"), SPEED 80 M/S, 8500 RPM, BRAND: EURO STAR, ARIGOLD | 70075 | |
| 23 | 200 | PCS | DISC, GRINDING, SIZE: 180 x 6 x 22.2 MM (7" x 1/4" x 7/8"), METAL STEEL AGUEX, SPEED 80 M/S, RPM 8500, BRAND: EURO STAR - ARIGOLD | 70075 | |
| 24 | 200 | PCS | DISC, CUTTING, SIZE: 400 x 6 x 38 MM (16" x 1/4" x 7/8"), SPEED 80 M/S, RPM 15,300, BRAND: OHL GRINDO, SUPERCUT, No. A5 30R-BF | 70075 | |
| 25 | 200 | PCS | DISC, CUTTING, SIZE: 300 x 3 x 16 MM (4" x 1/8" x 7/8"), SPEED 80 M/S, RPM 15,300, BRAND: OHL GRINDO, SUPERCUT, No. A5 30R-BF | 70075 | |
| 26 | 3 | PCS | BEVELING BAND, STAINLESS STEEL, SIZE: 12 INCH (304 MM), MAKE: MATHEY DEARMAN, LATCH TYPE STANDARD, PART No. 05-0804-012 | 70476 | |
| 27 | 4 | PCS | ... WITH 5 FT. FLEX FLEX DRIVE CABLE, MAKE: MATHEY DEARMAN, PART No. 05-0116-005 | 70476 | |
| 28 | 1 | PCS | MACHINE TORCH, MAKE: VICTOR, MODEL MT210A (LONG BARREL TORCH), MATHEY DEARMAN, PART No. 05-0330-006 | 70476 | |
| 29 | 1 | PCS | BLOX TORCH ANGLE ADAPTOR, MAKE: VICTOR, MATHEY DEARMAN PART No. 05-0100-006 (SWIVEL HEAD TO FIT ON ABOVE MACHINE TORCH) | 70476 | |
| 30 | 4 | PCS | ACETYLENE CUTTING TIP (BUTTON TIP), MAKE: VICTOR, PART No. 1-1-108, SIZE #0, MATHEY DEARMAN PART No. 05-0301-003 | 70476 | |
| 31 | 10 | PCS | NIPPLE, GALVANIZED, SIZE: 1/2" x 4" LONG, NPT, SCH. 40 | 70478 | |
| 32 | 10 | PCS | NIPPLE, GALVANIZED, SIZE: 2 1/2" x 4" LONG, NPT, SCH. 40, (THIS ITEM SHALL BE BOTH LATER) | 70478 | |
| 33 | | PCS | COUPLING (FULL), GALVANIZED, SIZE: 2 1/2" NPT x STD. LENGTH, 600 PSI MAX. | 70478 | |
| 34 | | PCS | REDUCER COUPLING (BELL REDUCER), GALVANIZED, 2 1/2" x 2", NPT, 600 PSI MAX. | 70478 | |
| 35 | | PCS | TEE, EQUAL, GALVANIZED, SIZE: 2 1/2" NPT, 600 PSI MAX. | 70478 | |
| 36 | | PCS | PLUG, HEX HEAD, GALVANIZED, SIZE: 2 1/2", NPT, 600 PSI MAX. | 70478 | |
| 37 | | PCS | CAP, GALVANIZED, SIZE: 2 1/2", NPT, 600 PSI MAX. | 70478 | |
| 38 | | PCS | STEP REDUCER BUSHING, GALVANIZED, TO GO FROM SIZE 2 1/2" TO 1/4" NPT, 600 PSI MAX. | 70478 | |
| 39 | 2 | PCS | NIPPLE, STAINLESS STEEL (SS 316), SIZE: 1 1/2" x 4" LONG, NPT, SCH. 40 | 70428 | |
| 40 | 5 | PCS | PRESSURE GAUGE, LIQUID FILLED, RANGE: 0 - 400 PSI, 4 1/2" DIA. FACE, 1/4" NPT BOTTOM CONNECTION | 70478 | |
| 41 | 1 | PCS | IMPACT SOCKET SOCKETS 3/4 DRIVE | 70479 | |
| 42 | 2 | DRUM | PROTECTIVE COLOR ROYAL VAC IDX 46W - 40.208 LTRS / DRUM | 70480 | |
| 43 | 1 | PCS | PLATE, MILD STEEL, ASTM A106N, SIZE: 8 FT. x 4 FT. x 3" THICK | 70481 | |

Invoice 016

EX EA2



Ranger Subsea Nigeria Ltd
D43 Lindbridge Avenue
Oniru Estate, VI
Lagos, Nigeria
RC: 1199357

January 22nd, 2018

The Managing Director,
Fortune Global Shipping
& Logistics Limited,
15, Ratal Irawo Street,
Alao Estate,
Lagos,
Nigeria.

This is the document referred
to the Oaths of... E. Anyansa...
and marked... EA2 ...sworn
Accra this 12... day of Sept. 2018
before me,

........................................
Commissioner for Oaths

ATT: Eric Gpah

Dear Sir,

We hereby confirm and acknowledge our indebtedness to your company in the sum of NGN 355,762,702.87 (Three Hundred Fifty Five Million, Seven Hundred Sixty Two Thousand Seven Hundred Two Nigerian Naira and Eighty Seven Kobo, only) and USD 1,913,621.81 (One Million, Nine Hundred Thirteen Thousand, Six Hundred Twenty One and Eighty One Cents) being debt as at January 22nd, 2018, for services performed for Ranger Sub-Sea, Nigeria Limited in respect of Shell SPDC-FYIP, Chevron, ConOil and Support projects.

This letter is intended to assure FGS that subject receivable is irrevocable and payable as committed.

Ranger has additional construction project in Nigeria with substantial value and look forward to working with and expect FGS continuous service support in that regard.

Yours Faithfully,

[signature]





Ex EA3

**Fortune Global**
Shipping & Logistics Ltd.

15, Fatai Irawo Street, Ajao Estate, Lagos.

t: +234 (1) 7617260,
m: +234 8149687490, +234 9080255796
e: info@fglobalshipping.com
w: www.fglobalshipping.com

**Ex EA 3**

**FortuneGlobal**
*TRUST TO DELIVER*

OUR REF: FGSL/RAN/2018/0711.

JULY 11, 2018.

The Managing Director,
Ranger Subsea Nigeria Limited
D93 Landbridge
Oniru Estate
Victoria Island
Lagos.

*RANGER SUBSEA*
*RECEIVED*
*1 1 JUL 2018*
*NIG. LTD*

This is the document refferred to the Oaths of E. Amponsal and marked EA.3...sworn at Accra this ..... day of Sept. 20 18 before me

...................................
Commissioner for Oaths

Dear Sir,

## DEMAND FOR PAYMENT OF OUTSTANDING INVOICES

We refer to our many prior correspondences via email, particularly your letter of debt confirmation dated January 22, 2018 on the above subject.

As you can see from our statements of account to you, your current outstanding position with Fortune Global Shipping & Logistics Ltd since then been as follows:

| US Dollar | Nigerian Naira |
|---|---|
| $ 1,991,870.81 | NGN 385,033,218.49 |

All your promises including the weekly payment of $25,000 (Twenty-Five Thousand US Dollars) on account of old debts and immediate payment for current transactions were never kept.

Consequently, we regret to inform you that your non-compliance with the terms of your promises and high default charge on the loan with SKYE bank in respect of Ranger Subsea Contracts has left us with no choice but to give you **21 days** to pay up all your outstanding and indebtedness to Fortune Global Shipping & Logistics Ltd.

Should you require any clarification, the undersigned is at your disposal at any time.

Thank you for your attention, understanding and cooperation in this matter.

Yours faithfully,
For: Fortune Global Shipping & Logistics Ltd

**JUDE NGWABA**
HEAD, COMMERCIAL

**FRANCIS OKOYE**
RECEIVABLES MANGER

**PORT HARCOURT**
428 Trans Amadi Industrial Layout
Port Harcourt Rivers State
Tel: +234(0)84667345

**WARRI**
Suites 3&4 Nosky Plaza
Shell Moa Gate, Ogunu
Warri, Delta State
Tel: +234(0)8100814489

**USA**
Fortune Global Shipping & Logistics (USA) Inc.
Suite 382, 16800 Imperial
Valley Drive, Houston,
Tx 77056, USA
Tel: +1 281-847-3475

      

RC: 662247

Adeniran Ogunsanya Branch
81, Adeniran Ogunsanya Street,
Surulere, Lagos State, Nigeria.
Tel: 08029075149
e-mail info@skyebankng.com
www.skyebankng.com



Skye Bank
RC 142151

December 19th, 2017

The Managing Director
Ranger Offshore
D93 Landbridge Avenue
Oniru Estates, V.I.
Lagos, Nigeria

Attention: Ken Herbert/Bllam Lan

Dear Sir,

## OUTSTANDING INDEBTEDNESS OF FORTUNE GLOBAL SHIPPING TO SKYE BANK

We are constrained to write to you on the above subject after repeated appeals, demands and efforts have been made on the settlement of FGSL's indebtedness to Skye Bank without success.

You will recall that the relationship between FGSL and Skye Bank was predicated on the Receivables of Rangers Subsea, as the main counterparty in the Invoice Discounting Facility(IDF) granted to FGSL.

We therefore wish to bring to your notice the long outstanding balance due from FGSL which have now been attributed to the inability of Ranger Subsea to meet up their obligations to FGSL. This outstanding balance is currently in excess of $900,000.

Also, recall that we have severally in the past emphasized the need for you to ensure your obligations with FGSL are effectively discharged to enable liquidation of FGLS's obligations to the bank. This led to several meetings between Mr. Ken, Chris Guinta and Skye Bank management all to no avail. This was also responsible for the several letters by you to us, some of which were signed by Chris Guinta, expressing your willingness to make payment on your due balances to FGSL.

Suffice to say that despite these letters, not much traction has been recorded in this account, largely due to your continued default in meeting your obligations to FGSL. Consequently, we are both motivated and compelled to making this subtle demand for you to find an urgent way to discharge your obligations to FGSL for on-payment to Skye Bank. The Central Bank of Nigeria, has recently hinted of a risk based review of Banks' loans portfolio, which shall necessitate that additional allowances are made for impairment on the book values of the banks' receivables. We are certain that FGSL's indebtedness will qualify for additional provision and this will further affect the capital adequacy of the bank if no positive and urgent actions are taken in this regard.

In order to avert the consequences of any CBN intervention on this indebtedness, it is our opinion that you treat this indebtedness as top urgent and accord it a priority attention.

Directors:
Muhammad K. Ahmad, OON (Chairman), Adetokunbo M. Abiru (GMD/CEO), Innocent C. Ike (ED), Abdullahi S. Mohammed (ED),
Austin Jo-Madugu, Olu Odugbemi, Abdullahi Markano Umar, Bata G. Wakawa (Non-Executive Directors)



**Justification**

- The continued outstanding of this indebtedness may lead to its classification by the CBN. Where this happens, Ranger may be blacklisted with the consequent placing a vendor restriction on the company.

- The invoices under the IDF arrangement with FGSL, were duly acknowledged and confirmed from your local office in Nigeria, and signed by your Felix.

- We further confirm that if the outstanding is not settled within 14 days from now, it will warrant that in addition to the current listing of FGSL in the Credit Bureau, FGSL and Ranger shall be recommended to the CBN for stiffer sanctions which will fundamentally impact negatively on the credit worthiness of Ranger Subsea as a counterparty for and loan transactions in Nigeria.

In view of the above, we call on you to make good your earlier promises on your willingness to settle your indebtedness to FGSL as further delay may no more be palatable.

Yours faithfully,
For: Skye Bank Plc

**LANRE AJIBOYE**
RELATIONSHIP OFFICER

**MICHAEL ITEYE**
BUSINESS DEVELOPMENT MANAGER