# EXHIBIT 5

SUIT NO. CM/RPC/0641/18

FORTUNE GLOBAL SHIPPING          PLAINTIFF

VRS.

THE VESSEL DLB SEA HORIZON & 10 ORS    DEFENDANTS

(SGD.)
SAMUEL K. A. ASIEDU, J.
JUSTICE OF THE HIGH COURT

## ORDER FOR FURTHER AND BETTER PARTICULARS

UPON READING the affidavit of DANIEL KOFI AMELEY, Solicitor of Messrs D. K. Ameley & Associates and of Suite A1, 3rd Floor, TDC Towers, Community 2, Tema filed on the 5th day of February, 2019 in support of Motion on Notice for an Order for Further and Better Particulars;

AND UPON HEARING D.K. AMELEY ESQ., Counsel for and on behalf of 1st, 2nd, 3rd & 10th Applicants and BENJAMIN QUORNOOH ESQ., for Counsel for and on behalf of Plaintiff herein;

IT IS HEREBY ORDERED that the Plaintiff herein provides to the Defendants/Applicants herein Further and Better particulars together with the invoices, receipts and other documents in relation to the Plaintiff's claim against the 1st Defendant. The Plaintiff to provide these particulars within 14 days.

GIVEN UNDER MY HAND AND THE SEAL OF THE HIGH COURT OF JUSTICE, (COMMERCIAL DIVISION) ACCRA THIS 28TH DAY OF FEBRUARY, 2019.

(SGD.)
MR. STEPEHN AFOTEY
REGISTRAR

CERTIFIED TRUE COPY

REGISTRAR
HIGH COURT
COMMERCIAL DIVISION, ACCRA