# EXHIBIT 7

SUIT NO. CM/RPC/0641/18

FORTUNE GLOBAL SHIPPING      PLAINTIFF

VRS.

THE VESSEL DLB SEA HORIZON & 10 ORS    DEFENDANTS

(SGD.)
SAMUEL K. A. ASIEDU, J.
JUSTICE OF THE HIGH COURT

## ORDER FOR SECURITY FOR COST

**UPON READING** the affidavit of **DANIEL KOFI AMELEY**, Solicitor of Messrs D. K. Ameley & Associates and of Suite A1, 3rd Floor TDC Towers, Community 2, Tema filed on the 25th day of January, 2019 in support of Motion on Notice for an Order for Security for Cost;

**AND UPON HEARING D.K. AMELEY ESQ.**, Counsel for and on behalf of 1st, 2nd, 3rd & 10th Applicants and **BENJAMIN QUORNOOH ESQ.**, for Counsel for and on behalf of Plaintiff herein,

**IT IS HEREBY ORDERED** that the Plaintiff furnishes Security for the Costs of this suit against the 1st Defendant/Applicant in the sum of $400,000.00. That the Security be furnished either by the payment of the sum of $400,000.00 to the Registrar of this Court to be deposited in an interest yielding account or by the provision of a guarantee in the said sum from a reputable Bank in Ghana.

**IT IS FURTHER ORDERED** that the Security be furnished within 21 days from the date of this Order.

GIVEN UNDER MY HAND AND THE SEAL OF THE HIGH COURT OF JUSTICE, (COMMERCIAL DIVISION) ACCRA THIS 28TH DAY OF FEBRUARY, 2019.

(SGD.)
MR. STEPEHN AFOTEY
REGISTRAR

CERTIFIED TRUE COPY
REGISTRAR
HIGH COURT
COMMERCIAL DIVISION